IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| EVERETT KEITH THOMAS et al. | |
|---|---|
| Plaintiff | Notice of Appeal |
| v. | 14-cv-6036 |
| CITY OF PHILADELPHIA et al. | |
| Defendant | |

Notice is hereby given that Everett Keith Thomas, plaintiff in the above named case, hereby appeal to the United State Court of Appeals for the 3rd Circuit from the final judgement from an order ( Dismissal of Complaint ) entered in this action on the 29th day of March, 2017.

Dated: 3/29/2017

Everett Keith Thomas #MP3381
801 Butler Pike
Mercer, PA 16137



RECEIVED APR 3 2017



Everett Keith Thomas #MP3381
SCI Mercer
801 Butler Pike
Mercer, PA 16137

PITTSBURGH PA 150
31 MAR 2017 PM 3 L

U.S.M.S.
X-RAY

PCI Inmate Mail - PA DEPT. OF CORRECTIONS

Mr. Michael E. Kuntz
Clerk of Courts
United States District Court
Eastern District of Pennsylvania
Rm. 2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Attn: Civil Action #14-6036

19106-179699