IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVERETT KEITH THOMAS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 14-6036 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

### ORDER

AND NOW, this 28th day of July, 2020, upon consideration of Defendants' Motion to Dismiss for Lack of Prosecution, and Plaintiff Everett Keith Thomas's failure to comply with several orders directing him to file an amended complaint, respond to Defendants' Motion, or show cause why this case should not be dismissed, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 67) is GRANTED. This case is DISMISSED without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

 /s/  Juan R. Sánchez
Juan R. Sánchez, C.J.